UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SEAN MURRAY,

    Petitioner,

v.                                          Case No. 5:11-cv-139-Oc-30MAP

WARDEN, FCC COLEMAN- USP II,

    Respondent.
_____

## ORDER OF DISMISSAL

Petitioner, *pro se*, initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner alleges a violation of his Eighth Amendment rights in that Respondent has discontinued his pain medication and other medical treatment.

Petitioner's allegations are not consistent with a Petition for the Writ of Habeas Corpus. "[T]he common-law history of the writ, . . . the essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." Preiser v. Rodriguez, 411 U.S. 475, 484 (1973). The only relief that can be gained in a habeas action is an immediate or speedier release from custody.

Thus, Petitioner's claims are not cognizable under 28 U.S.C. § 2241. Petitioner should have filed this claim pursuant to a civil rights complaint. Preiser,

411 U.S. at 500.  This case is **DISMISSED without prejudice** to the Petitioner's right to re-file his claims in a civil rights complaint.  The Clerk is directed to dismiss this case without prejudice, terminate any motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE