UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SEAN MURRAY,

    Petitioner,

v.   Case No. 5:11-cv-139-Oc-30MAP

WARDEN, FCC COLEMAN- USP II,

    Respondent.
_____/

**ORDER**

Now before the Court are Petitioner's Motions for Leave to Appeal *In Forma Pauperis*. (Docs. 12, 13). Petitioner's appeal is not taken in good faith and, pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, Petitioner will be required to pay the $455.00 appellate filing and docketing fees. See also McIntosh v. United State Parole Comm., 115 F.3d 809, 812 (10th Cir. 1997) (Petitioner must demonstrate "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal").

Because the Court has certified that this appeal is not taken in good faith, any request to proceed *in forma pauperis* should be sent directly to the Eleventh Circuit Court of Appeals. See Fed.R.App.P. 24(a)(5). Petitioner's motions for leave to appeal *in forma pauperis* (Docs. 12, 13) are **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record